UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST LEE MORRISON, | ) | CIVIL ACTION NO. 4:21-CV-1899 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| JOHN WETZEL, *et al.*, | ) | |
| Defendants | ) | |

ORDER

In accordance with the accompanying memorandum opinion, it is hereby ORDERED that:

(1) Defendants' motion to dismiss (Doc. 18) will be GRANTED;

(2) Plaintiff will be afforded the opportunity to file an amended complaint, on or before **October 24, 2022.** If Plaintiff does not file an amended complaint on or before this deadline, the Court will proceed on Plaintiff's original complaint and this case will be dismissed.

Any amended complaint must be titled as an amended complaint and must contain the docket number of this case. Any amended complaint must be complete in all respects; it must be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. Any amended complaint will completely replace the original complaint (Doc. 1) and supplement (Doc. 14). If an amended complaint is filed, the original complaint will have no role in the future litigation of this case. Any amended complaint must also comply with the pleading requirements of the Federal Rules of Civil Procedure

Date: September 9, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge